# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Camilo Garza                                Docket No. 5:06-CR-273-1BO

## Petition for Action on Supervised Release

COMES NOW Robert L. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Camilo Garza, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possession with Intent to Distribute More than 500 Grams of Cocaine and More than 100 Kilograms of Marijuana, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 8, 2007, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court. On August 5, 2008, pursuant to Rule 35, the imprisonment sentence was reduced to 80 months.

Camilo Garza is scheduled to be released from custody on November 15, 2011, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently serving his imprisonment sentence in the Bureau of Prisons. He is scheduled to release from custody on November 15, 2011; however, he has no residence plan and is not eligible for residential reentry center placement because he has an outstanding warrant in Colorado. Colorado authorities report they will not extradite the defendant. Therefore, it is recommended conditions of supervision be added to assist the defendant upon his release. Specifically, it is recommended that supervision be modified to include a condition for up to 180 days in a residential reentry center to allow the defendant to establish his own residence. It is also recommended that conditions for mental health and substance abuse treatment, and a cognitive behavioral program be added. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Camilo Garza
Docket No. 5:06-CR-273-1BO
Petition For Action
Page 2

3. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

4. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

   Except as herein modified, the judgment shall remain in full force and effect.


I declare under penalty of perjury that the
foregoing is true and correct.


/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301
Phone: 910-483-8613
Executed On: May 31, 2011


## ORDER OF COURT

Considered and ordered this 3 day of June, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge